| | |
|---|---|
| US DISTRICT COURT FOR THE SOUTHERN DISTRICT COUNTY OF | **AFFIDAVIT OF SERVICE** |

**BRENDAN SULLIVAN**

**CLIENT:** TORRIS LEGAL
**FF/INDEX #:**
**DATE FILED:**
**DOCKET #:**

Plantiff(s)/Petitioners(s)

- AGAINST -

**CIVIL ACTION NO #**
**1:22-CV-05675**

**SUNG KOOK ("BILL") HWANG, ET AL**

**PRESIDING:**
**COURT D/T:**
**AMOUNT:**

Defendant(s) / Respondent(s)

## STATE OF NEW YORK, COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on  8/5/2022  at  6:23 PM  at  23 DANIELLE DRIVE, GOSHEN, NY 10924

deponent served the within **SUMMONS IN A CIVIL ACTION, INDIVIDUAL RULES OF PRACTICE OF JUDGE PAUL G. GARDEPHE, CIVIL CASE, NOTIOCE OF PRTRIAL CONFERENCE, CIVIL COVER SHEET, AND COMPLAINT**

on **SCOTT BECKER**                                                                                             therein named

**INDIVIDUAL** ☑ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐ AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION**  Deponent describes the individual served as follows:

**MALE, WHITE SKIN, BROWN HAIR, 40-50 YRS., 5'7" - 5'11", 175-225 LBS.**

Other identifying features:

**BALDING, BEARD**

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant / respondent was in active military service or financially dependant upon anyone who is in the military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. Defendant / respondent wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant / respondent is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on:  8/8/2022

JES ZEIGLER

**JO-ANN JOHNSON**
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20__
01JO5031856

**KATHLEEN GOULD**
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
01GO4632958

**GULSEN GREEN**
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JUNE 6, 20__
01GR6128219