UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
BRENDAN SULLIVAN,                                               :
:
                Plaintiff,                              :
:     Index No. 1:22-cv-05675 (PGG)
        vs.                                            :
:
SUNG KOOK ("BILL") HWANG,                                       :     **NOTICE OF APPEARANCE**
ARCHEGOS CAPITAL MANAGEMENT, LP,                                :
ARCHEGOS CAPITAL MANAGEMENT, LLC,                               :
THE GRACE AND MERCY FOUNDATION, INC.,                           :
ARCHEGOS FUND LP, EWM LLC, d/b/a EWM                            :
GLOBAL, ANDY MILLS, DIANA PAE, BRIAN                            :
JONES, SCOTT BECKER, and PATRICK                                :
HALLIGAN,                                                       :
:
                Defendants.                             :
:
---------------------------------------------------------------x

        PLEASE TAKE NOTICE that Anil K. Vassanji, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Patrick Halligan in the above-captioned action. All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.

Dated:   New York, New York
           August 23, 2022

                                            FRIEDMAN KAPLAN SEILER &
                                              ADELMAN LLP

                                              s/     Anil K. Vassanji
                                            Anil K. Vassanji (avassanji@fklaw.com)
                                            7 Times Square
                                            New York, New York  10036-6516
                                            (212) 833-1100

                                            *Attorneys for Defendant Patrick Halligan*

3681311.1