**UNITED STATES DISTRICT COURT**
**Southern District of New York**


*231289*

**AFFIDAVIT OF SERVICE**

Index no :1:22-cv-05675

**Brendan Sullivan**

        Plaintiff(s),

vs.

**Sung Kook ("Bill") Hwang, et al**

        Defendant(s).
_____/

**STATE OF CONNECTICUT**
                    ss: East Hartford
**HARTFORD COUNTY**

Christine Foran, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On 07/18/2022 at 12:43 PM, I served the within Summons in a Civil Action; Civil Cover Sheet; Notice of Pretrial Conference; Individual Rules of Practice Judge Paul G. Gardephe Civil Cases; Complaint, Jury Trial Demanded on EWM LLC, d/b/a EWM Global at c/o CT Corporation System, Reg Agent, 67 Burnside Avenue, East Hartford, CT 06108 in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Gary Scappini, Manager/Managing Agent Foer EWM LLC** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **EWM LLC, d/b/a EWM Global**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Brown/Gray | 63 | 6'3" | 205 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
July 18, 2022
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: _____

Christine Foran
Torri's Legal Services
18403 Woodfield Road
Suite A
Gaithersburg, MD 20879
800-990-7378
Atty File#:

AMY J. CHANTRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/23