**brown**rudnick

RICHARD E. DARST
direct dial: 617.856.8204
fax: 617.289.0604
RDarst@brownrudnick.com

December 06, 2022

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 705
New York, NY 10007

RE:   *Sullivan v. Hwang et al.*, **Case No. 1:22-cv-05675 (PGG)**

Dear Judge Gardephe:

      I write on behalf of Plaintiff Brendan Sullivan, and pursuant to Rule I(D) of Your Honor's Individual Rules of Practice request an extension of time to file a response to Defendants' joint letter discussing potential motions to dismiss, currently due by December 7, 2022. On November 29, 2022, Defendants requested an extension of seven days to file their joint letter (Dkt. No. 102), which the Court granted. (Dkt. No. 103). In order to adequately review and respond to Defendants' joint letter, Plaintiff respectfully requests that the Court extend the time to file a response letter until December 14, 2022. This is Plaintiff's first request for an extension of this deadline. Defendants Archegos Capital Management, LP, Archegos Fund LP, the Grace and Mercy Foundation, Inc., EWM LLC, d/b/a EWM Global, Brian Jones, Diana Pae, Andy Mills, and Patrick Halligan do not oppose this request.[1]

Sincerely,

BROWN RUDNICK LLP

Richard E. Darst

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*

Paul G. Gardephe, U.S.D.J.
Date: December 13, 2022
cc: All Counsel, via ECF

---

[1] Plaintiff has not yet received a response from Sung Kook ("Bill") Hwang, and Scott Becker on this request.

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200