UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRENDAN SULLIVAN,

                         Plaintiff,

        v.

SUNG KOOK ("BILL") HWANG, ARCHEGOS
CAPITAL MANAGEMENT, LP, ARCHEGOS
CAPITAL MANAGEMENT, LLC, THE GRACE
AND MERCY FOUNDATION, INC., ARCHEGOS
FUND LP, EWM LLC, d/b/a EWM GLOBAL,
ANDY MILLS, DIANA PAE, BRIAN JONES,
SCOTT BECKER, and PATRICK HALLIGAN,

                         Defendants.
------------------------------------------------------------x

No.: 1:22-cv-05675 (PG)

## JOINT STIPULATION EXTENDING DEADLINES FOR MOTIONS TO DISMISS

WHEREAS, Plaintiff Brendan Sullivan ("Plaintiff") filed this action against Defendants Sung Kook (Bill) Hwang, Archegos Capital Management, LP, The Grace and Mercy Foundation, Inc., Archegos Fund LP, EWM LLC, d/b/a EWM Global, Andy Mills, Diana Pae, Brian Jones, Scott Becker, and Patrick Halligan (collectively, "Defendants") on July 5, 2022;

WHEREAS, Plaintiff filed an Amended Complaint on November 23, 2022, *see* Doc. 101;

WHEREAS, on December 7, 2022, Defendants filed a joint letter concerning their anticipated motions to dismiss the Amended Complaint, *see* Doc. 105;

WHEREAS, Defendants' motions to dismiss the Amended Complaint are currently due on October 23, 2023, Plaintiff's responses are currently due on November 22, 2023, and Defendants' replies are currently due on December 11, 2023, *see* Doc. 117;

WHEREAS, the parties agree that the complexity of the arguments requires greater time for thorough preparation;

WHEREAS, no other deadlines will be impacted by this request;

1

WHEREFORE, the parties, through their undersigned counsel, hereby agree and stipulate:

1. Defendants shall file motions to dismiss on or before November 21, 2023;

2. Plaintiff shall respond on or before January 22, 2024;

3. Defendants shall reply on or before February 9, 2024.

Dated: October 16, 2023                                            Respectfully submitted,

/s/ Richard Darst                                                   /s/ Jeffrey L. Nagel
Michael Joseph Bowe                                          Lawrence S. Lustberg
BROWN RUDNICK LLP                                       Thomas R. Valen (*pro hac vice*)
7 Times Square                                                     GIBBONS P.C.
New York, NY 10036                                            One Gateway Center
Telephone: 212-209-4905                                     Newark, NJ 07102
Facsimile: 212-209-4801                                       Telephone: 973-596-4500
mbowe@brownrudnick.com                                Facsimile: 973-639-6285
                                                                               llustberg@gibbonslaw.com
Meghan McCafferty (*pro hac vice*)                  tvalen@gibbonslaw.com
Richard Darst (*pro hac vice*)
BROWN RUDNICK LLP                                       Jeffrey L. Nagel
One Financial Center                                            Paul A. Saso
Boston, MA 02128                                                 GIBBONS P.C.
Telephone: 617-856-8236                                     One Pennsylvania Plaza, 37th Floor
mmccafferty@brownrudnick.com                      New York, NY 10119
rdarst@brownrudnick.com                                   Telephone: 212-613-2000
                                                                               Facsimile: 212-554-9686
*Attorneys for Plaintiff*                                          jnagel@gibbonslaw.com
                                                                               psaso@gibbonslaw.com

/s/ Jeffrey J. Wild                                                  *Attorneys for Defendant Sung Kook (Bill)*
Jeffrey J. Wild                                                       *Hwang*
Christopher Porrino
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas                              /s/ Danielle Chattin
New York, NY 10020                                            David Tetrick (*pro hac vice*)
Telephone: 212-262-6700                                     Danielle Chattin
Facsimile: 212-262-7402                                       KING & SPALDING LLP
jwild@lowenstein.com                                          1180 Peachtree Street, NE
cporrino@lowenstein.com                                    Suite 1600
                                                                               Atlanta, GA 30309-3521
*Attorneys for Defendant The Grace &*             Telephone: 404-572-4600
*Mercy Foundation, Inc.*                                      Facsimile: 404-572-5100
                                                                               dchattin@kslaw.com

                                                                               *Attorney for Defendants Archegos Capital*
                                                                               *Management, LP and Archegos Fund, LP*

3

<u>/s/ Tal R. Machnes</u>
Tal R. Machnes
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212-836-7442
tal.machnes@arnoldporter.com

Adam J. Reinhart (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: 202-942-5941
adam.reinhart@arnoldporter.com

*Attorneys for Defendant Andy Mills*

<u>/s/ Jenna M. Dabbs</u>
Jenna M. Dabbs
Timothy S. Martin
D. Brandon Trice
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: 212-763-0883
jdabbs@kaplanhecker.com
tmartin@kaplanhecker.com
btrice@kaplanhecker.com

*Attorneys for Defendant Diana Pae*

<u>/s/ Timothy Haggerty</u>
Timothy Haggerty
Anil Karim Vassanji
Bonnie Melissa Baker
Rupita Chakraborty
FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
7 Times Square
New York, NY 10036
Telephone: 212-883-1100
thaggerty@fklaw.com
avassanji@fklaw.com
bbaker@fklaw.com

<u>/s/ Leslie C. Thorne</u>
Leslie C. Thorne
Michael Freyberg
HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Telephone: 212.659.7300
leslie.thorne@haynesboone.com
michael.freyberg@haynesboone.com

Katherine Addleman (*pro hac vice*)
HAYNES AND BOONE, LLP
2323 Victory Ave., Suite 700
Dallas, TX 75219
Telephone: 214-651-5783
kit.addleman@haynesboone.com

*Attorneys for Defendant Brian Jones*

<u>/s/ Joseph B. Schmit</u>
Joseph B. Schmit
PHILLIPS LYTLE LLP
620 Eighth Ave., 38th Floor
New York, NY 10018
Telephone: 212-759-4888
Facsimile: 212-308-9079
JSchmit@phillipslytle.com

*Attorney for Defendant EWM LLC*

<u>/s/ Jason Brown</u>
Jason Brown
Phoebe King
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Telephone: 212-957-7609
jbrown@cohengresser.com
pking@cohengresser.com

*Attorney for Defendant Scott Becker*

4

rchakraborty@fklaw.com

*Attorneys for Defendant Patrick Halligan*

**MEMO ENDORSED:** Briefing concerning Defendants' motion will proceed on the following schedule:

(1) Defendants' motion papers are due by **November 21, 2023**.

(2) Plaintiff's opposition is due by **December 19, 2023**.

(3) Defendants' reply, if any, is due by **January 3, 2024**.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated:  October 18, 2023