UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRENDAN SULLIVAN,

                Plaintiff,

-against-

SUNG KOOK ("BILL") HWANG, ARCHEGOS CAPITAL MANAGEMENT, LP, ARCHEGOS CAPITAL MANAGEMENT, LLC, THE GRACE AND MERCY FOUNDATION, INC., ARCHEGOS FUND LP, EWM LLC, d/b/a EWM GLOBAL, ANDY MILLS, DIANA PAE, BRIAN JONES, SCOTT BECKER, and PATRICK HALLIGAN,

                Defendants.

---

Civil Action No.: 1:22-cv-05675

**PROPOSED ORDER GRANTING WITHDRAWAL OF APPEARANCE OF CHRISTOS PAPAPETROU**

    In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Christos Papapetrou, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendant Brian Jones.

**SO ORDERED.**

Dated: December 22, 2023

_____
Honorable Paul G. Gardephe
United States District Judge