UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BRENDAN SULLIVAN

                                  Plaintiff,

            v.

SUNG KOOK ("BILL") HWANG, ARCHEGOS
CAPITAL MANAGEMENT, LP, ARCHEGOS
CAPITAL MANAGEMENT, LLC, THE GRACE
AND MERCY FOUNDATION, INC., ARCHEGOS
FUND LP, EWM LLC, d/b/a EWM GLOBAL,
ANDY MILLS, DIANA PAE, BRIAN JONES,
SCOTT BECKER, and PATRICK HALLIGAN,

                                  Defendants.
------------------------------------------------------------x

No.: 1:22-cv-05675 (PGG)

**MOTION TO WITHDRAW AS ATTORNEY**

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that, upon his declaration dated January 5, 2024, Adam J. Reinhart hereby moves before this Court the Honorable Paul G. Gardephe, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York 10007, for leave, pursuant to Local Civil Rule 1.4, to withdraw as an attorney of record for Defendant Andy Mills.

    PLEASE TAKE FURTHER NOTICE that Defendant Andy Mills will continue to be represented by Paul J. Fishman and Tal R. Machnes of Arnold & Porter Kaye Scholer LLP.

2

Dated: January 5, 2023                                Respectfully Submitted,

                                                      By: /s/ *Adam J. Reinhart*
                                                          Adam J. Reinhart
                                                          ARNOLD & PORTER KAYE
                                                          SCHOLER LLP
                                                          601 Massachusetts Ave NW
                                                          Washington, DC 20001-3743
                                                          Phone: 202-942-5941
                                                          Fax: 202-942-5999
                                                          adam.reinhart@arnoldporter.com

                                                          *Attorney for Defendant Andy Mills*

## CERTIFICATE OF SERVICE

I certify that, on January 5, 2024, I caused the foregoing document to be electronically filed with the Court using the ECF system, which will send notification of such filing to ECF-registered counsel.

By: /s/ *Adam J. Reinhart*
Adam J. Reinhart
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, DC 20001-3743
Phone: 202-942-5941
Fax: 202-942-5999
adam.reinhart@arnoldporter.com

*Attorney for Defendant Andy Mills*
