UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BRENDAN SULLIVAN

                              Plaintiff,

               v.

SUNG KOOK ("BILL") HWANG, ARCHEGOS CAPITAL MANAGEMENT, LP, ARCHEGOS CAPITAL MANAGEMENT, LLC, THE GRACE AND MERCY FOUNDATION, INC., ARCHEGOS FUND LP, EWM LLC, d/b/a EWM GLOBAL, ANDY MILLS, DIANA PAE, BRIAN JONES, SCOTT BECKER, and PATRICK HALLIGAN,

                             Defendants.
------------------------------------------------------------x

No.: 1:22-cv-05675 (PGG)

**DECLARATION OF ADAM J. REINHART IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE AS ATTORNEY**

Adam J. Reinhart hereby declares pursuant to 28 U.S.C. § 1746:

      1.      I am an attorney at Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") and one of the attorneys of record for Defendant Andy Mills in the above-captioned matter. I submit this declaration in support of the motion to withdraw pursuant to Local Civil Rule 1.4.

      2.      I am moving to withdraw because I will no longer be associated with Arnold & Porter after January 12, 2024.

      3.      Other attorneys at Arnold & Porter – Paul J. Fishman and Tal R. Machnes – have appeared in this matter and will continue to serve as counsel of record for Defendant Andy Mills.

      4.      I am not retaining or charging a lien in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2024.

  /s/ *Adam J. Reinhart*