# brownrudnick

RICHARD E DARST
direct dial: 617 856 8204
fax: 617 289 0604
RDarst@brownrudnick.com

January 12, 2024

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 705
New York, NY 10007

**RE:** *Sullivan v. Hwang et al.*, Case No. 1:22-cv-05675 (PGG)

Dear Judge Gardephe:

    I write on behalf of Plaintiff Brendan Sullivan in the above-captioned action. Pursuant to the Court's Order on December 7, 2023, Plaintiff's consolidated opposition to Defendants' motions to dismiss is due by January 18, 2024. (ECF No. 123). Pursuant to Rule I(D) of Your Honor's Individual Rules of Practice, due to several pressing deadlines in other matters, Plaintiff respectfully requests an additional twenty-one (21) days to respond to Defendants' motions, by February 8, 2024. Plaintiff made a prior extension request on December 6, 2023 (*see* ECF No. 122), which the Court granted. (ECF No. 123).

    Defendants Archegos Capital Management, LP, Archegos Fund LP, The Grace and Mercy Foundation, Inc., EWM LLC, d/b/a EWM Global, Brian Jones, Andy Mills, Scott Becker, and Sung Kook ("Bill") Hwang do not oppose this request.[1]

    Accordingly, Plaintiff respectfully requests a twenty-one (21) day extension, until February 8, 2024, to file his consolidated opposition to Defendants' motions to dismiss.

                           Sincerely,

                           BROWN RUDNICK LLP

                           Richard E. Darst

---

[1] Plaintiff's counsel has not yet received a response from Patrick Halligan and Diana Pae on this request.


Hon Paul Gardephe
January 12, 2024
Page 2

cc: All Counsel, via ECF

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

*Paul S. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Dated: January 17, 2024