# brownrudnick

RICHARD E DARST
direct dial: 617 856 8204
fax: 617 289 0604
RDarst@brownrudnick.com

February 06, 2024

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 705
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.
Dated: February 7, 2024

**RE:** *Sullivan v. Hwang et al.*, **Case No. 1:22-cv-05675 (PGG)**

Dear Judge Gardephe:

    I write on behalf of Plaintiff Brendan Sullivan in the above-captioned action. Pursuant to the Court's Order on January 17, 2024, Plaintiff's consolidated opposition to Defendants' motions to dismiss is due February 8, 2024. (ECF No. 132). Pursuant to Rule I(D) of Your Honor's Individual Rules of Practice, due to several pressing deadlines in other matters, Plaintiff respectfully requests a final extension of an additional seven (7) days to respond to Defendants' motions, by February 15, 2024. Plaintiff made prior extension requests on December 6, 2023 (*see* ECF No. 122) and January 12, 2024 (*see* ECF No. 131), both of which the Court granted. (ECF No. 123; ECF No. 132).

    Defendants do not oppose this request.

    Accordingly, Plaintiff respectfully requests a final seven (7) day extension, until February 15, 2024, to file his consolidated opposition to Defendants' motions to dismiss.

Sincerely,

BROWN RUDNICK LLP

*[signature]*

Richard E. Darst

cc: All Counsel, via ECF