# King & Spalding

King & Spalding LLP
1180 Peachtree Street N.E. Ste. 1600
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

February 16, 2024

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 705
New York, NY 10007

Re: *Sullivan v. Hwang et al.*, Case No. 1:22-cv-05675 (S.D.N.Y.):
<u>Joint Letter Motion Requesting Extension of Time to Reply to Plaintiff's Opposition</u>

Dear Judge Gardephe:

We represent Defendants Archegos Capital Management, LP ("ACM") and Archegos Fund LP ("Fund") and write on behalf of ACM, the Fund, Bill Hwang, Patrick Halligan, Brian Jones, Andy Mills, Scott Becker, Diana Pae, the Grace and Mercy Foundation, Inc. (the "Foundation") and EWM LLC in the above-captioned action.

On November 21, 2023, Defendants collectively served five motions to dismiss Plaintiff Brendan Sullivan's Amended Complaint. As permitted by this Court (ECF No. 121), ACM, the Fund, Patrick Halligan, Brian Jones, Andy Mills, and Diana Pae (the "Joint Defendants") served (and will file) a single consolidated brief in support of their motion to dismiss. Defendants Hwang, Becker, the Foundation, and EWM LLC each served (and will file) separate briefs in support of their respective motions to dismiss.

The Court thrice granted Plaintiff extensions of time to respond to Defendants' motions (ECF Nos. 123, 132, 134), with Defendants' consent, providing Plaintiff approximately 58 additional days to do so. On February 15, 2024, Plaintiff served his opposition to Defendants' motions to dismiss. Defendants' reply briefs are currently due by February 22, 2024. Pursuant to Rule I(D) of the Court's Individual Rules of Practice, and to streamline the replies to Plaintiff's arguments, Defendants now respectfully request an additional 29 days to reply to Plaintiff's opposition, until March 22, 2024. Defendants have conferred with counsel for Plaintiff, who does not oppose this request.

Hon. Paul G. Gardephe
February 16, 2024

      Additionally, the Joint Defendants respectfully request leave to file a consolidated reply brief that exceeds the ten-page limit established by the Court's Individual Rule of Practice IV(B). Plaintiff's omnibus opposition brief totals 63 pages. Given the length of Plaintiff's opposition arguments, the Joint Defendants have determined that they will need approximately five extra pages, for a total of 15 pages to address all arguments in a consolidated manner. Defendants have conferred with counsel for Plaintiff, who does not oppose this request.

      Defendants Hwang, Becker, the Foundation, and EWM LLC will each file separate reply briefs of ten pages or less.

      Accordingly, **Defendants respectfully request a 29-day extension, until March 22, 2024, to file reply briefs. The Joint Defendants request leave to file a single joint reply brief of no more than 15 pages in length**.

      Respectfully,

      *s/Danielle Chattin*
      Danielle Chattin

cc:    All counsel via ECF

**MEMO ENDORSED**
The Application is granted.
**SO ORDERED:**

*Paul Gardephe*
**Paul G. Gardephe, U.S.D.J.**
Dated: March 14, 2024

2