UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRENDAN SULLIVAN,

        Plaintiff,

v.

SUNG KOOK ("BILL") HWANG,
ARCHEGOS CAPITAL MANAGEMENT, LP,
ARCHEGOS CAPITAL MANAGEMENT, LLC, THE
GRACE AND MERCY FOUNDATION, INC.,
ARCHEGOS FUND LP, EWM LLC, d/b/a EWM
GLOBAL, ANDY MILLS, DIANA PAE, BRIAN
JONES, SCOTT BECKER, and PATRICK HALLIGAN,

        Defendant.

---

Civil Action No.:
22-cv-5675

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Joseph B. Schmit, dated November 21, 2023, with exhibits; and the supporting memorandum of law dated November 21, 2023, Defendant will move this Court before the Hon. Paul G. Gardephe, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time to be set by the Court for an Order:

    1.    Pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Amended Complaint of Plaintiff, Brandon Sullivan, on the ground that it fails to state a claim upon which relief may be granted; and

    2.    Granting such other and further relief as the Court deems just and proper.

- 2 -

      PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order dated October 18, 2023, Plaintiff shall file a response by December 19, 2023, and Defendants shall file a reply by January 3, 2024.

| | |
|---|---|
| Dated: New York, New York<br>       November 21, 2023 | PHILLIPS LYTLE LLP<br><br>By: /s/ Joseph B. Schmit<br>    Joseph B. Schmit<br>    Trent J. Citarella<br>    Eric Robert Freiman<br><br>Attorneys for Defendant<br>*EWM LLC d/b/a EWM Global*<br>The New York Times Building<br>620 Eighth Avenue, 38th Floor<br>New York, New York 10018-1142<br>Tel. No. (212) 759-4888<br>jschmit@phillipslytle.com<br>tcitarella@phillipslytle.com<br>efreiman@phillipslytle.com |

Michael Joseph Bowe
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: 212-209-4905
Facsimile: 212-209-4801
mbowe@brownrudnick.com

Meghan McCafferty (pro hac vice)
Richard Darst (pro hac vice)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02128
Telephone: 617-856-8236
mmccafferty@brownrudnick.com
rdarst@brownrudnick.com

*Attorneys for Plaintiff*

Doc #11535875