**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRENDAN SULLIVAN,<br><br>                Plaintiff,<br>   v.<br><br>SUNG KOOK ("BILL") HWANG, ARCHEGOS CAPITAL MANAGEMENT, LP, ARCHEGOS CAPITAL MANAGEMENT, LLC, THE GRACE AND MERCY FOUNDATION, INC., ARCHEGOS FUND LP, EWM LLC, d/b/a EWM GLOBAL, ANDY MILLS, DIANA PAE, BRIAN JONES, SCOTT BECKER, and PATRICK HALLIGAN,<br><br>                Defendants. | No.: 1:22-cv-05675 (PG)<br><br>**DEFENDANT SUNG KOOK ("BILL") HWANG'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, dated November 21, 2023, and all other pleadings and proceedings in this action, Defendant Sung Kook ("Bill") Hwang, by and through his undersigned counsel, will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for entry of an Order dismissing Plaintiff's Amended Complaint against Hwang, along with any other and further relief this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the Court's order [ECF 119], Plaintiff's opposition to Hwang's motion shall be served on or before December 19, 2023, and Hwang's reply in further support of his motion shall be served on or before January 3, 2024.

1

Dated: November 21, 2023   By: /s/ Lawrence S. Lustberg
Lawrence S. Lustberg
Thomas R. Valen

**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
973-596-4731
llustberg@gibbonslaw.com
tvalen@gibbonslaw.com

*Attorneys for Defendant*
*Sung Kook ("Bill") Hwang*