UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN SULLIVAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SUNG KOOK ("BILL") HWANG, ARCHEGOS CAPITAL MANAGEMENT, LP, ARCHEGOS CAPITAL MANAGEMENT, LLC, THE GRACE AND MERCY FOUNDATION, INC., ARCHEGOS FUND LP, EWM LLC, d/b/a EWM GLOBAL, ANDY MILLS, DIANA PAE, BRIAN JONES, SCOTT BECKER, and PATRICK HALLIGAN,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:22-cv-05675-PGG<br><br>**NOTICE OF MOTION BY DEFENDANT THE GRACE AND MERCY FOUNDATION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[Filed concurrently with Proposed Order]**<br><br>*Oral Argument Requested* |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, defendant The Grace and Mercy Foundation, Inc. (the "Foundation"), by and through its undersigned counsel, hereby moves this Court, before the Honorable Paul G. Gardephe, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York 10007, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing all claims against the Foundation in Plaintiff's Amended Complaint [ECF No. 101] with prejudice.

**PLEASE TAKE FURTHER NOTICE** that the Foundation respectfully requests oral argument on its motion.

|  |  |
|---|---|
|  | **LOWENSTEIN SANDLER LLP** |
| Dated: November 21, 2023 | By: /s/ Jeffrey J. Wild<br>Jeffrey J. Wild<br>Christopher Porrino<br>Rachel M. Dikovics<br>Amanda K. Cipriano<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 262-6700<br>Facsimile: (212) 262-7402<br>cporrino@lowenstein.com<br>jwild@lowenstein.com<br>rdikovics@lowenstein.com<br>acipriano@lowenstein.com<br><br>*Attorneys for Defendant*<br>*The Grace and Mercy Foundation, Inc.* |