# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E. Ste. 1600
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

March 22, 2024

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 705
New York, NY 10007

  Re: *Sullivan v. Hwang et al.*, Case No. 1:22-cv-05675 (S.D.N.Y.):
     Joint Letter Motion Requesting Oral Argument

Dear Judge Gardephe:

  We represent Defendants Archegos Capital Management, LP ("ACM") and Archegos Fund LP (the "Fund") and write on behalf of ACM, the Fund, Patrick Halligan, Brian Jones, Andy Mills, and Diana Pae in the above-captioned action. In accordance with Rule IV(D) of Your Honor's Individual Practices, we respectfully request oral argument on our joint motion to dismiss Plaintiff Brendan Sullivan's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

  We thank the Court for its consideration of this matter.

                Sincerely,

                *s/David Tetrick*
                David Tetrick

cc: All counsel via ECF