UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRENDAN SULLIVAN,                           :
                                            :
                             Plaintiff,      :
                                            :
          v.                                :
                                            :   No.: 1:22-cv-05675 (PGG)
SUNG KOOK ("BILL") HWANG, ARCHEGOS          :
CAPITAL MANAGEMENT, LP, ARCHEGOS            :
CAPITAL MANAGEMENT, LLC, THE GRACE          :
AND MERCY FOUNDATION, INC., ARCHEGOS        :
FUND LP, EWM LLC, d/b/a EWM GLOBAL,         :
ANDY MILLS, DIANA PAE, BRIAN JONES,         :
SCOTT BECKER, and PATRICK HALLIGAN,         :
                                            :
                             Defendants.     :
------------------------------------------------------------x

**NOTICE OF DEFENDANT SCOTT BECKER'S MOTION TO DISMISS AND NOTICE OF JOINDER IN THE MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO DISMISS FILED BY DEFENDANTS ARCHEGOS CAPITAL MANAGEMENT, LP, ARCHEGOS FUND LP, ANDY MILLS, DIANA PAE, BRIAN JONES, AND PATRICK HALLIGAN**

     PLEASE TAKE NOTICE that, upon the pleadings and papers in this matter, Defendant Scott Becker, through his undersigned attorneys, will move before the Honorable Paul G. Gardephe, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York 10007, on such date as the Court will determine, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Plaintiff's Amended Complaint (ECF No. 101).

     Mr. Becker hereby joins the Memorandum of Law filed by Defendants Archegos Capital Management, LP, Archegos Fund LP, Andy Mills, Diana Pae, Brian Jones, and Patrick Halligan, which contains legal arguments that apply equally to Mr. Becker.

The Court should dismiss the Amended Complaint in its entirety as to Mr. Becker.

Dated: November 21, 2023　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　**COHEN & GRESSER LLP**

　　　　　　　　　　　　　　　　　　　/s/ *Jason Brown*_____
　　　　　　　　　　　　　　　　　　　Jason Brown
　　　　　　　　　　　　　　　　　　　Phoebe H. King
　　　　　　　　　　　　　　　　　　　800 Third Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　Tel.: (212) 957-7600
　　　　　　　　　　　　　　　　　　　Fax: (212) 957-4514
　　　　　　　　　　　　　　　　　　　jbrown@cohengresser.com
　　　　　　　　　　　　　　　　　　　pking@cohengresser.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Scott Becker*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 21, 2023, I served by electronic mail the foregoing Notice of Defendant Scott Becker's Motion to Dismiss and Notice of Joinder in the Memorandum of Law in Support of the Motion to Dismiss Filed by Defendants Archegos Capital Management, LP, Archegos Fund LP, Andy Mills, Diana Pae, Brian Jones, and Patrick Halligan on all counsel of record.

*/s/ Phoebe H. King*
Phoebe H. King