# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel: +1 404-572-4600
Fax: +1 404-572-5100
www.kslaw.com

August 5, 2024

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Sullivan v. Hwang et al.*, Case No. 1:22-cv-05675 (S.D.N.Y.):
       Letter Informing Court of 120 Days Since Submission of Motion

Dear Judge Gardephe:

We represent Defendants Archegos Capital Management, LP ("ACM") and Archegos Fund LP (the "Fund") and write on behalf of ACM, the Fund, and Defendants Patrick Halligan, Brian Jones, Andy Mills, and Diana Pae (collectively, the "movants"). Pursuant to your Honor's Individual Rules of Practice in Civil Case Rule IV(H), we write to inform you that 120 days have passed since March 22, 2024 when the movants fully submitted their Motion to Dismiss Plaintiff's Amended Complaint (ECF. Nos. 151, 152, 153, and 154).

On behalf of the movants, we respectfully request that the Court schedule their Motion to Dismiss for hearing at the Court's first convenience. As the Court is aware from Plaintiff's pending complaint, the Fund collapsed in March 2021 when it could not meet margin calls and its prime brokers liquidated billions in holdings within a short period of time. Since April 2021, ACM has wound down its operations and the Fund has distributed substantially all of its assets to its creditors as part of a consensual out-of-court liquidation at the direction of a Chief Restructuring Officer. This case is the last significant open item preventing ACM and the Fund from concluding that liquidation process. We would welcome the opportunity to address the Court's questions, if any, about the pending Motion to Dismiss.

We appreciate the Court's attention to this matter.

Respectfully,

*s/David Tetrick*
David Tetrick

August 5, 2024
Page 2

cc: All Counsel of Record (via ECF)