# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel: +1 404-572-4600
Fax: +1 404-572-5100
www.kslaw.com

July 18, 2025

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Sullivan v. Hwang et al.*, Case No. 1:22-cv-05675 (S.D.N.Y.)

            Request to Schedule Hearing on Motions to Dismiss and / or for Judicial Settlement Conference

Dear Judge Gardephe:

    We represent Defendants Archegos Capital Management, LP ("ACM") and Archegos Fund LP (the "Fund") (together, "Archegos") and write on behalf of Archegos and Defendants Patrick Halligan, Brian Jones, Andy Mills, and Diana Pae (collectively, with Archegos, the "Movants"). We write to update you on related proceedings and to request that Your Honor order the parties to attend an in-person Judicial Settlement Conference with a Magistrate Judge.

    As the Court is aware from Plaintiff's operative complaint (ECF No. 101), the Fund collapsed in March 2021 when it could not meet margin calls, and its prime brokers liquidated billions in holdings within a short period of time. ACM has no ongoing business operations, and since April 2021 has been engaged solely in winding down its affairs. Nearly all remaining employees were terminated by June 30, 2021. Archegos has distributed substantially all its assets to its creditors as part of a consensual out-of-court liquidation under the supervision of a Chief Restructuring Officer appointed in May 2021.

    As detailed in Archegos's Amended Rule 7.1 Disclosure Statement, ACM is a limited partnership whose limited partners are Defendant Bill Hwang and his wife, and the Fund is a limited partnership whose sole limited partner is Mr. Hwang. (ECF No. 107). On December 19, 2024, Judge Hellerstein entered a Preliminary Forfeiture Order in the criminal case styled *United States v. Hwang & Halligan,* Case No. 1:22-cr-00240 (S.D.N.Y.) ordering that Mr. Hwang forfeit to the U.S. government any interest he retains in ACM, the Fund, and certain other Archegos entities. (ECF No. 375 in *U.S. v. Hwang & Halligan*). The government published a public notice of the Preliminary Forfeiture Order on April 22, 2025, and we expect that Judge Hellerstein will

Honorable Paul G. Gardephe
July 18, 2025
Page 2

issue a final order forfeiting Mr. Hwang's interests in ACM and the Fund on or about July 22, 2025 (the date of the final sentencing proceedings in the criminal action). Although the Preliminary Forfeiture Order effected a change in majority ownership of Archegos, the Archegos winddown continues at this time under the supervision of its Chief Restructuring Officer.

The only remaining issues in the criminal case relate to the restitution to be imposed under 18 U.S.C. § 3663A. Judge Hellerstein has referred to Magistrate Judge Moses the questions of which of certain former Archegos employees are "victims" for purposes of restitution under 18 U.S.C. § 3663A(a)(2), and how much restitution each should receive, and those proceedings are underway. (ECF No. 401 in *U.S. v. Hwang & Halligan*). Judge Moses delivered her report and recommendations to Judge Hellerstein on June 13, 2025, Judge Hellerstein adopted the report and recommendation on July 2, 2025, and the final sentencing hearing before Judge Hellerstein on these issues is scheduled for July 22, 2025. (*Id.* at ECF 442, 443, and 445).

The referenced matter before this Court is the last significant open item preventing Archegos from concluding its liquidation process, and Movants' Motion to Dismiss Plaintiff's Amended Complaint (ECF. Nos. 151, 152, 153, and 154) has been fully briefed and pending since March 2024. Each of the other defendants has also moved to dismiss the Amended Complaint, and their motions have also been fully briefed and pending since March 2024. (*See* ECF. Nos. 138 (EWM LLC's motion to dismiss), 143 (B. Hwang's motion), 146 (Grace and Mercy Foundation's motion), and 156 (S. Becker's motion)). The Movants renew their request that the Court schedule these Motions to Dismiss for hearing at the Court's first convenience to address the Court's questions. (ECF No. 159).

However, even if the Court grants each of the pending motions in full, this case will continue against ACM because the Movants' motion to dismiss acknowledges (without conceding liability) that the Amended Complaint states a contractual claim (under common law or ERISA, but not both) against ACM. Considering this reality, ACM's limited resources, and the imminent forfeiture of ACM to the U.S. government, the Movants respectfully submit that a Judicial Settlement Conference is an appropriate use of the court's resources to determine whether some or all of Plaintiff's claims in this case could be amicably resolved. We therefore request that Your Honor order the parties to attend an in-person Judicial Settlement Conference with a Magistrate Judge at the Magistrate Judge's first convenience.

We are authorized to state that Defendant Bill Hwang joins in this request that the Court schedule a hearing on the pending motions to dismiss, and/or order the parties to attend a Judicial Settlement Conference.

Honorable Paul G. Gardephe
July 18, 2025
Page 3

       We appreciate the Court's attention to this matter.

                                              Respectfully,

                                              */s/David Tetrick*
                                              David Tetrick

cc: All Counsel of Record (via ECF)

**MEMO ENDORSED:** Plaintiff is directed to respond to this letter by **July 28, 2025.**

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: July 21, 2025