# brownrudnick

RICHARD E. DARST
direct dial: 617.856.8204
fax: 617.289.0604
RDarst@brownrudnick.com

July 28, 2025

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 705
New York, NY 10007

**RE:** *Sullivan v. Hwang et al.*, **Case No. 1:22-cv-05675 (PGG)**

Dear Judge Gardephe:

  I write on behalf of Plaintiff Brendan Sullivan, in response to defendants Archegos Capital Management, LP and Archegos Fund LP (together "Archegos") request to schedule (1) a hearing on the pending motions to dismiss; and (2) a judicial settlement conference with a Magistrate Judge. (Dkt. 174.) Plaintiff has no objection to scheduling a hearing on the pending motions to dismiss.

  However, Plaintiff feels it is not the appropriate time to hold a judicial settlement conference. Archegos did not reach out to Plaintiff's counsel to discuss holding such a conference or seek our consent prior to making this request, evidencing it is likely using this request to get the Court's attention on its pending motion, as opposed to having a genuine interest in resolving this matter. Also, the request is made by Archegos only, and while the letter notes defendant Bill Hwang consents, no other defendants joined the letter or have addressed this request. Given the pending motions to dismiss, it is unlikely that defendants would be willing to discuss an "amicabl[e]" resolution of claims at this time. If defendants are interested in having those discussions, Plaintiff is willing to participate, however doing so at this time through a judicial settlement conference is unlikely to be worthwhile.

               Sincerely,

               **BROWN RUDNICK LLP**



Hon. Paul Gardephe
July 28, 2025
Page 2

                                         Richard E. Darst

cc: All Counsel, via ECF